IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLUMBIA GAS TRANSMISSION, LLC, <br>     Plaintiff <br><br> v. <br><br> 1.01 ACRES, MORE OR LESS IN PENN TOWNSHIP, YORK COUNTY, PENNSYLVANIA, LOCATED ON TAX ID# 44000280015000000, OWNED BY DWAYNE P. BROWN AND ANN M. BROWN, et al., <br><br>     Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Case No. 4:13-cv-00778 <br><br> (Judge Brann) |
| COLUMBIA GAS TRANSMISSION, LLC, <br>     Plaintiff <br><br> v. <br><br> 101 ACRES, AND 41,342 SQ. FT. MORE OR LESS IN HEIDELBERG TOWNSHIP, YORK COUNTY, PENNSYLVANIA, LOCATED ON TAX ID# 30000EE01600000000, OWNED BY BRADLEY E. HERR AND ELIZABETH M. HERR, et al., <br><br>     Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Case No. 4:13-cv-00783 <br><br> (Judge Brann) |

| | | |
|---|---|---|
| COLUMBIA GAS TRANSMISSION, LLC, Plaintiff | : : : : : | Case No. 4:13-cv-00785 |
| | : | (Judge Brann) |
| v. | : : | |
| 1.5561 ACRES, MORE OR LESS IN HEIDELBERG TOWNSHIP, YORK COUNTY, PENNSYLVANIA, LOCATED ON TAX ID# 30000ED010300000000, OWNED BY MYRON A. HERR AND MARY JO HERR, et al., | : : : : : : : : : | |
| Defendants. | : : | |
| COLUMBIA GAS TRANSMISSION, LLC, Plaintiff | : : : : : | Case No. 4:13-cv-00786 |
| | : | (Judge Brann) |
| v. | : : | |
| 1.010 ACRES, MORE OR LESS IN PENN TOWNSHIP, YORK COUNTY, PENNSYLVANIA, LOCATED ON TAX ID# 440002800240000000, OWNED BY DOUGLAS W. HILYARD AND TESSA J. HILYARD, et al., | : : : : : : : : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 24th day of October, 2013, it is hereby ORDERED in

accordance with a memorandum of this same date:

1. The motions of Columbia Gas Transmission, LLC for partial summary judgment and for immediate possession of certain easements (4:13-cv-00778, ECF No. 12; 4:13-cv-00783, ECF No. 13; 4:13-cv-00785, ECF No. 16; 4:13-cv-00786, ECF No. 16) are DENIED.

2. A telephonic status conference in this matter is scheduled for November 5, 2013, at 10:00 a.m. Plaintiff's counsel shall initiate a conference call. The Court may be reached in chambers at 570-323-9772.

                                       BY THE COURT:

                                       s/ Matthew W. Brann
                                       Matthew W. Brann
                                       United States District Judge